AO 91 (Rev. 08/09)  Criminal Complaint

3/24/2017

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | |
|---|---|
| United States of America<br>v.<br>PETER YURYEVICH LEVASHOV<br>a.k.a. "Petr Levashov," "Peter Severa,"<br>"Petr Severa," and "Sergey Astakhov"<br>*Defendant(s)* | ) ) ) ) ) )  Case No.  3:17MJ448(WIG) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 2016 to present__ in the county of _____ in the _____ District of __Connecticut__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C.  Section 371,1349,1028 (a)(7),1028A,1030(a)(2),1030(c)(2) (B),1030(a)(4),1030(c)(3)(A),1030 (a)(5)(A), 1030(c)(4)(B),1030(a)(7), 1030(c)(3)(A), 1037(a)(1), 1037(a) (2),1037(a)(3), 1037(b)(1), 1343, 2511, 981(a)(1), 1037(c) | Conspiracy to Commit Fraud & Related Activity in Connection with Computers & with Electronic E-mail; Conspiracy to Commit Wire Fraud; Identify Theft in Connection with another Federal Violation; Aggravated Identity Theft; Fraud & Related Activity in Connection with Computers; Fraud and Related Activity in Connection with Electronic Email; Wire Fraud; Illegal Wiretapping; Forfeiture |

This criminal complaint is based on these facts:

Please see attached Affidavit from Special Agent Andrew P. Dodd.

☑ Continued on the attached sheet.

*Complainant's signature*

Andrew P. Dodd, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

/s/ William I. Garfinkel, USMJ

Date: __03/24/2017__

*Judge's signature*

City and state: __Bridgeport, CT__   Hon. William I. Garfinkel, U.S. Magistrate Judge
*Printed name and title*